Gmail

## Re: Wire for $550k Not Arrived

**Mark Previty** <MPrevity@adhealthcare.com> Mon, Aug 24, 2026 at 1:15 PM
To: J G <joel@citycapitalny.com>
Cc: David Jaskolski <dave@excelsiorcapitalservices.com>, "Lucky A. Chopra, M.D." <lchopra@adhealthcare.com>

Hi Joel and good afternoon,

I am working remote from my father's kitchen table in San Antonio this week.  I will reach out to you on Thursday morning to discuss an MCA for payroll funding.  Have a good week and talk Thursday morning.

Mark