**FacID**
- ADHC
- AHSH
- EHHC
- Other
- ROHC

**Primary Status**
- Closed
- Open

**Payor Group**
- (blank)
- AETNA HMO/EPO
- AETNA PPO/POS
- BCBS
- Blue
- CASH PAY
- CHAMPUS/TRICARE
- CIGNA HMO/EPO
- CIGNA PPO/POS

| Row Labels | Column Labels 00-30 | 31-60 | 61-90 | 91-121 | 121-180 | 181-360 | 361-720 | 721 - 1080 | Over 1080 | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|
| **Commercial** | | | | | | | | | | |
| **Clinic** | | | | | | | | | | |
| Count of Claim ID | 1,031 | 897 | 689 | 398 | 485 | 674 | 817 | 175 | 119 | 5,285 |
| Average of Expected Revenue | $ 66.27 | $ 77.88 | $ 88.78 | $ 156.08 | $ 164.62 | $ 258.76 | $ 301.30 | $ 427.12 | $ 197.37 | $ 162.75 |
| Sum of Expected Revenue | $ 68,320.35 | $ 69,854.89 | $ 61,172.83 | $ 62,120.73 | $ 79,839.77 | $ 174,405.36 | $ 246,160.69 | $ 74,746.53 | $ 23,487.34 | $ 860,108.50 |
| Sum of Charges | $ 1,289,812.58 | $ 1,269,240.94 | $ 906,401.39 | $ 681,398.97 | $ 920,483.56 | $ 1,397,853.56 | $ 1,793,372.18 | $ 432,182.30 | $ 110,243.95 | $ 8,800,989.43 |
| **Emergency Department** | | | | | | | | | | |
| Count of Claim ID | 274 | 213 | 171 | 135 | 253 | 650 | 1,030 | 157 | 51 | 2,934 |
| Average of Expected Revenue | $ 628.76 | $ 1,299.50 | $ 1,008.13 | $ 1,397.09 | $ 1,303.07 | $ 1,000.83 | $ 636.22 | $ 884.92 | $ 3,316.53 | $ 938.54 |
| Sum of Expected Revenue | $ 172,281.46 | $ 276,793.41 | $ 172,390.07 | $ 188,607.55 | $ 329,676.46 | $ 650,540.66 | $ 655,306.34 | $ 138,932.96 | $ 169,142.97 | $ 2,753,671.88 |
| Sum of Charges | $ 3,005,975.48 | $ 2,629,565.38 | $ 1,837,567.08 | $ 1,688,066.06 | $ 2,719,240.31 | $ 6,760,925.28 | $ 10,403,725.78 | $ 1,486,545.66 | $ 818,051.38 | $ 31,349,662.41 |
| **GCU** | | | | | | | | | | |
| Count of Claim ID | | | | 1 | 1 | | | | | 2 |
| Average of Expected Revenue | | | | $ 529.47 | $ 823.62 | | | | | $ 676.55 |
| Sum of Expected Revenue | | | | $ 529.47 | $ 823.62 | | | | | $ 1,353.10 |
| Sum of Charges | | | | $ 1,080.00 | $ 1,680.00 | | | | | $ 2,760.00 |
| **Imaging & Diagnostics** | | | | | | | | | | |
| Count of Claim ID | 171 | 83 | 55 | 37 | 104 | 168 | 185 | 26 | 3 | 832 |
| Average of Expected Revenue | $ 276.12 | $ 358.16 | $ 270.12 | $ 651.69 | $ 331.71 | $ 335.38 | $ 373.22 | $ 646.19 | $ 405.60 | $ 353.15 |
| Sum of Expected Revenue | $ 47,217.36 | $ 29,727.66 | $ 14,856.64 | $ 24,112.51 | $ 34,498.32 | $ 56,344.55 | $ 69,045.78 | $ 16,800.83 | $ 1,216.79 | $ 293,820.45 |
| Sum of Charges | $ 899,498.72 | $ 529,023.75 | $ 285,469.04 | $ 271,403.04 | $ 527,433.49 | $ 816,786.61 | $ 884,032.03 | $ 150,102.82 | $ 7,550.10 | $ 4,371,299.60 |
| **Inpatient** | | | | | | | | | | |
| Count of Claim ID | 114 | 190 | 68 | 66 | 73 | 186 | 261 | 37 | 3 | 998 |
| Average of Expected Revenue | $ 6,053.36 | $ 13,097.76 | $ 14,000.79 | $ 10,031.71 | $ 11,328.35 | $ 6,297.52 | $ 4,853.18 | $ 9,206.62 | $ 16,846.74 | $ 8,465.91 |
| Sum of Expected Revenue | $ 690,082.97 | $ 2,488,574.89 | $ 952,053.87 | $ 662,092.83 | $ 826,969.24 | $ 1,171,338.67 | $ 1,266,681.16 | $ 340,645.04 | $ 50,540.21 | $ 8,448,978.88 |
| Sum of Charges | $ 7,253,043.11 | $ 7,164,804.32 | $ 6,402,485.38 | $ 5,099,384.82 | $ 4,873,743.85 | $ 11,769,360.05 | $ 17,871,872.23 | $ 3,340,369.28 | $ 592,444.25 | $ 64,367,507.29 |
| **Intensive Care Unit** | | | | | | | | | | |
| Count of Claim ID | 35 | 17 | 7 | 4 | 5 | 10 | 12 | 4 | 1 | 95 |
| Average of Expected Revenue | $ 16,170.02 | $ 24,722.99 | $ 42,901.82 | $ 48,983.57 | $ 5,473.71 | $ 27,788.68 | $ 6,671.70 | $ 10,422.38 | $ 10,751.32 | $ 20,213.11 |
| Sum of Expected Revenue | $ 565,950.76 | $ 420,290.86 | $ 300,312.75 | $ 195,934.29 | $ 27,368.53 | $ 277,886.76 | $ 80,060.35 | $ 41,689.52 | $ 10,751.32 | $ 1,920,245.13 |
| Sum of Charges | $ 5,638,054.15 | $ 3,850,439.75 | $ 2,351,125.06 | $ 1,937,636.15 | $ 210,502.22 | $ 2,363,741.75 | $ 1,051,651.20 | $ 439,774.14 | $ 113,413.44 | $ 17,956,337.86 |
| **Operating Room Procedures** | | | | | | | | | | |
| Count of Claim ID | 290 | 128 | 106 | 65 | 104 | 140 | 151 | 40 | 6 | 1,030 |
| Average of Expected Revenue | $ 3,131.21 | $ 3,892.72 | $ 4,539.69 | $ 5,765.17 | $ 4,854.26 | $ 4,680.79 | $ 2,628.99 | $ 2,730.25 | $ 3,701.77 | $ 3,835.74 |
| Sum of Expected Revenue | $ 908,049.89 | $ 498,268.79 | $ 481,206.93 | $ 374,736.35 | $ 504,842.54 | $ 655,310.08 | $ 396,977.06 | $ 109,210.00 | $ 22,210.63 | $ 3,950,812.27 |
| Sum of Charges | $ 13,996,269.41 | $ 6,602,281.37 | $ 5,386,416.94 | $ 3,180,228.96 | $ 4,497,791.49 | $ 6,905,864.80 | $ 6,150,649.36 | $ 1,737,251.71 | $ 392,686.71 | $ 48,849,440.75 |
| **Outpatient** | | | | | | | | | | |
| Count of Claim ID | 148 | 185 | 80 | 49 | 51 | 77 | 41 | 22 | | 653 |
| Average of Expected Revenue | $ 979.26 | $ 617.45 | $ 325.27 | $ 504.88 | $ 323.79 | $ 496.53 | $ 811.03 | $ 1,292.57 | | $ 652.92 |
| Sum of Expected Revenue | $ 144,930.96 | $ 114,228.40 | $ 26,021.80 | $ 24,739.29 | $ 16,513.35 | $ 38,232.91 | $ 33,252.26 | $ 28,436.59 | | $ 426,355.56 |
| Sum of Charges | $ 2,860,817.91 | $ 2,100,337.58 | $ 472,577.72 | $ 449,266.57 | $ 305,241.07 | $ 726,838.88 | $ 665,045.19 | $ 568,731.72 | | $ 8,148,856.64 |
| **Pat/Lab** | | | | | | | | | | |
| Count of Claim ID | 22 | 5 | 4 | 3 | 8 | 17 | 30 | 18 | 7 | 114 |
| Average of Expected Revenue | $ 430.47 | $ 81.85 | $ 211.29 | $ 228.05 | $ 88.06 | $ 169.72 | $ 255.76 | $ 5,979.63 | $ 426.83 | $ 1,169.23 |
| Sum of Expected Revenue | $ 9,470.27 | $ 409.24 | $ 845.18 | $ 684.14 | $ 704.48 | $ 2,885.31 | $ 7,672.79 | $ 107,633.26 | $ 2,987.84 | $ 133,292.50 |
| Sum of Charges | $ 72,354.82 | $ 11,960.05 | $ 7,725.97 | $ 3,097.00 | $ 6,892.48 | $ 30,130.44 | $ 90,397.22 | $ 126,632.29 | $ 11,201.38 | $ 360,391.65 |
| **Therapy** | | | | | | | | | | |
| Count of Claim ID | 130 | 62 | 42 | 10 | 2 | 24 | 5 | | | 275 |
| Average of Expected Revenue | $ 92.84 | $ 149.55 | $ 142.25 | $ 91.65 | $ 87.51 | $ 264.39 | $ 2,775.00 | | | $ 176.83 |
| Sum of Expected Revenue | $ 12,069.85 | $ 9,272.11 | $ 5,974.45 | $ 916.45 | $ 175.03 | $ 6,345.33 | $ 13,875.02 | | | $ 48,628.23 |
| Sum of Charges | $ 203,285.35 | $ 105,248.29 | $ 68,304.37 | $ 18,329.00 | $ 3,500.57 | $ 113,740.70 | $ 277,500.30 | | | $ 789,908.58 |
| **Other** | | | | | | | | | | |
| Count of Claim ID | | 1 | | 3 | 1 | | 2 | | | 7 |
| Average of Expected Revenue | | $ 14.95 | | $ 49.35 | $ 28.92 | | $ 385.26 | | | $ 137.49 |
| Sum of Expected Revenue | | $ 14.95 | | $ 148.05 | $ 28.92 | | $ 770.52 | | | $ 962.43 |
| Sum of Charges | | $ 298.90 | | $ 2,961.05 | $ 578.35 | | $ 5,884.50 | | | $ 9,722.80 |
| **#N/A** | | | | | | | | | | |
| Count of Claim ID | | | 1 | | | | | | | 1 |
| Average of Expected Revenue | | | $ 96.10 | | | | | | | $ 96.10 |
| Sum of Expected Revenue | | | $ 96.10 | | | | | | | $ 96.10 |
| Sum of Charges | | | $ 1,921.95 | | | | | | | $ 1,921.95 |
| **Commercial Count of Claim ID** | **2,215** | **1,781** | **1,223** | **771** | **1,087** | **1,946** | **2,534** | **479** | **190** | **12,226** |
| **Commercial Average of Expected Revenue** | **$ 1,182.11** | **$ 2,193.96** | **$ 1,647.53** | **$ 1,990.43** | **$ 1,675.66** | **$ 1,558.73** | **$ 1,093.06** | **$ 1,791.43** | **$ 1,475.46** | **$ 1,540.84** |
| **Commercial Sum of Expected Revenue** | **$ 2,618,373.86** | **$ 3,907,435.20** | **$ 2,014,930.61** | **$ 1,534,621.66** | **$ 1,821,440.26** | **$ 3,033,289.63** | **$ 2,769,801.97** | **$ 858,094.73** | **$ 280,337.10** | **$ 18,838,325.01** |
| **Commercial Sum of Charges** | **$ 35,219,111.53** | **$ 24,263,200.33** | **$ 17,719,994.90** | **$ 13,332,851.62** | **$ 14,067,087.39** | **$ 30,885,242.07** | **$ 39,194,129.99** | **$ 8,281,589.92** | **$ 2,045,591.21** | **$ 185,008,798.96** |
| **Total Count of Claim ID** | **2,215** | **1,781** | **1,223** | **771** | **1,087** | **1,946** | **2,534** | **479** | **190** | **12,226** |
| **Total Average of Expected Revenue** | **$ 1,182.11** | **$ 2,193.96** | **$ 1,647.53** | **$ 1,990.43** | **$ 1,675.66** | **$ 1,558.73** | **$ 1,093.06** | **$ 1,791.43** | **$ 1,475.46** | **$ 1,540.84** |
| **Total Sum of Expected Revenue** | **$ 2,618,373.86** | **$ 3,907,435.20** | **$ 2,014,930.61** | **$ 1,534,621.66** | **$ 1,821,440.26** | **$ 3,033,289.63** | **$ 2,769,801.97** | **$ 858,094.73** | **$ 280,337.10** | **$ 18,838,325.01** |
| **Total Sum of Charges** | **$ 35,219,111.53** | **$ 24,263,200.33** | **$ 17,719,994.90** | **$ 13,332,851.62** | **$ 14,067,087.39** | **$ 30,885,242.07** | **$ 39,194,129.99** | **$ 8,281,589.92** | **$ 2,045,591.21** | **$ 185,008,798.96** |