**Advanced Diagnostics Health System, LLC and Affiliates**
**Combined Balance Sheet**
**As of March 31, 2026**

| | |
|---|---|
| **Assets** | |
| **Current Assets** | |
| Cash and cash equivalents | 13,988,352 |
| Investments | 8,225,000 |
| Patient accounts receivables, net of allowance for credit losses | 40,229,248 |
| Related party factoring receivable, net of allowance for credit losses | 234,400,954 |
| Third party factoring receivable, net of allowance for credit losses | 6,304,178 |
| Accounts receivable, intercompany | - |
| Notes receivable, intercompany | 300,000 |
| Due from member | 459,033 |
| Prepaid expenses | 1,793,959 |
| Total Current Assets | 305,700,724 |
| | |
| **Property, Plant and Equipment** | |
| Property, Plant and Equipment | 30,332,049 |
| Less: accumulated depreciation and amortization | (18,240,616) |
| Net Property, Plant and Equipment | 12,091,433 |
| | |
| **Other Assets** | |
| Right-of-use assets - operating leases | 43,245,627 |
| Due from related parties | 20,997,956 |
| Loan origination costs, net of amortization | 518,442 |
| Security deposits | 1,028,450 |
| Goodwill | (10,390,504) |
| Investment in subsidiary | - |
| Total Other Assets | 55,399,971 |
| | |
| **Total Assets** | **373,192,128** |
| | |
| **Liabilities and Member's Equity** | |
| | |
| **Liabilities** | |
| **Current Liabilities** | |
| Accounts payable | 34,502,370 |
| Accrued expenses | 26,145,429 |
| Short term note payable, related party | - |
| Total Current Liabilities | 60,647,799 |
| | |
| **Long-Term Liabilities** | |
| Accounts payable, related party | 65,341 |
| Due to related parties | 22,790,835 |
| Notes payable, intercompany | - |
| Due to member | 11,854,921 |
| Operating lease liabilities | 45,031,792 |
| Finance lease liabilities | 2,040,379 |
| Revolving line of credit | 67,466,558 |
| Long-term debt, net | 104,721,142 |
| Total Long-Term Liabilities | 253,970,968 |
| | |
| **Total Liabilities** | 314,618,767 |
| | |
| Member's Equity | 58,573,361 |
| | |
| **Total Liabilities and Member's Equity** | **373,192,128** |