# PERSONAL FINANCIAL STATEMENT

**Lucky A. Chopra**
**July-01-2026**

| **Assets** | **Amount in Dollars** |
|---|---|
| Cash and Securities | $15,190,287 |
| Stock Funds | $0 |
| Privately Held Companies | $485,760,732 |
| Life insurance *(cash surrender value)* | $350,000 |
| Personal property *(autos, jewelry, etc.)* | $500,000 |
| Retirement Funds *(eg. IRAs, 401k)* | $222,865 |
| Commercial Real Estate | $199,845,000 |
| Personal Real Estate | $7,565,000 |
| Other assets *(specify)* | $0 |
| **Total Assets** | **$709,433,884** |

| **Liabilities** | **Amount in Dollars** |
|---|---|
| Current Debt *(Credit cards, Accounts)* | $10,000 |
| Commercial Property Notes (contingent) | $89,465,155 |
| Personal Property Notes | $601,883 |
| Personal Property Mortgage | $0 |
| Taxes payable | $0 |
| Other liabilities *(specify)* | $0 |
| Other liabilities *(specify)* | $0 |
| **Total Liabilities** | **$90,077,038** |
| | |
| **Net Worth** | **$619,356,846** |

Signed: ______________________ [signature]

Dated: 7/15/2026

# PERSONAL ASSETS & LIABILITIES DETAILS

## ASSETS

***Securities: stocks / bonds / mutual funds***

| Name of Security | Number of Shares | Cost | Market Value |
|---|---|---|---|
| | | | |
| Total | - | $0 | $0 |

***Stock in privately held companies***

| Company Name | No. of shares | $ Invested | Est. Market Value |
|---|---|---|---|
| 1 Advanced Diagnostics Health System, LLC | | | $458,943,972 |
| Agellus Tank Robotics | 100 | | $200,000 |
| Alliance Healthcare | | | $250,000 |
| Bar Twelve | 100 | $1,000 | $100,000 |
| Capital Auto Rubber Products Private Limited | | | $500,000 |
| Culture Map | | | $600,000 |
| MedX Global Clinical Advisors, LLC | | | $1,000,000 |
| Hearsay At Levy Park, LLC | | | $3,000,000 |
| Hearsay Beaumont, LLC | | | $1,000,000 |
| Hearsay Discovery Green, LLC | 100 | $1,000 | $2,400,000 |
| Hearsay Galveston Strand, LLC | | | $3,000,000 |
| Hearsay On The Go, LLC | | | $1,166,760 |
| Hearsay Tavern, LLC | | | $1,000,000 |
| Hearsay TW, LLC | | | $3,000,000 |
| Hearsay Waco, LLC | | | $3,000,000 |
| Hearsay, LLC | 100 | $1,000 | $3,000,000 |
| Island of Lake Travis | | | $600,000 |
| Sosa, Inc. | 100 | $77,000 | $3,000,000 |
| Total | 500 | $80,000 | $485,760,732 |

***Commercial Property***

| Description / Location | Amount Owing | Original Cost | Market Value |
|---|---|---|---|
| 1120 Potomac Drive, Houston, TX 77057 (townhome) | $633,284 | | $985,000 |
| 12930 East Freeway, LLC (professional building) | $837,356 | | $1,190,000 |
| 12980 East Freeway, LLC (parking lot) | $0 | | $200,000 |
| 1967 Bingle Road, LLC | $4,378,422 | | $5,000,000 |
| 205 Hollow Tree Lane, LLC (hospital building) | $16,430,640 | | $40,000,000 |
| 218 Travis, LLC | $650,000 | | $1,200,000 |
| 2410 Strand, LLC | $1,299,443 | | $2,500,000 |
| 330 Austin Avenue, LLC | $1,196,582 | | $3,090,000 |
| 461 Bowie Street, LLC | $1,651,106 | | $2,430,000 |
| Condo PH2 Royalton @ River Oaks | $1,796,524 | | $4,000,000 |
| Midtown Scouts Square Property, LP | $10,591,799 | | $21,050,000 |
| River Oaks Campus Annex, LLC (medical office building) | $20,000,000 | | $57,500,000 |

| | | | |
|---|---|---|---|
| Walnut Hills - Greenville Ave, LLC. | $30,000,000 | | $60,700,000 |
| Total | $89,465,155 | $0 | $192,035,000 |

***Personal Property***

| Description / Location | Amount Owing | Original Cost | Market Value |
|---|---|---|---|
| 708 Little John Lane, Houston TX 77024 | $0 | | $4,690,000 |
| 3404 American Drive Unit 2318, Lago Vista, TX | $601,883 | | $2,500,000 |
| 5061 Woodway Drive Unit 205, Houston TX 77056 | $0 | | $375,000 |
| Total | $601,883 | $0 | $7,565,000 |

## LIABILITIES

***Credit card & charge card debt***

| Name of Card / Creditor | Current Balance | Past Due Balance | Total Credit Card Balance |
|---|---|---|---|
| Discover and Visa | $10,000 | $0 | $10,000 |
| | | | |
| Total | $10,000 | $0 | $10,000 |

***Notes payable (excluding monthly bills)***

| Name of Creditor | Original Amount | Monthly Payment | Interest Rate |
|---|---|---|---|
| | | | |
| | | | |
| Total | | | |

***Mortgage / real estate loans payable***

| Name of Creditor | Balance Due | Monthly Payment | Interest Rate |
|---|---|---|---|
| | | | |
| | | | |
| Total | | | |

**Financial Notes:**

1 Entoro Capital, LLC performs an annual evaluation of the Advanced Diagnostics Health System, LLC and its valuation totaled $458,943,972 as of May 31, 2023.

# PERSONAL FINANCIAL STATEMENT

Annual Cash Flow Forecast
for Lucky A. Chopra
July 1, 2026

| | |
|---|---|
| Income | |
| Cognizant Management Solutions, LLC | $250,000 |
| Diagnostic Interventional, And Vascular Consultants, LLC | $120,000 |
| Total Income | $370,000 |
| | |
| Expenses | |
| Taxes | $171,182 |
| Housing Exp/Meals, etc. | $115,200 |
| Total Expense | $286,382 |
| | |
| Net Income | $83,618 |