MURRAY
LEGAL PLLC

October 29, 2026

**<u>Via ECF:</u>**

Hon. Paul A. Engelmayer, U.S.D.J.
Thurgood Marshall
United States Courthouse
40 Foley Square, Courtroom 1305
New York, NY 10007

Re: ZOO CAPITAL HOLDINGS, LLC, et al v. TITAN CAPITAL GRP, et al. - Case No.: 26-cv-07224 (PAE)
<u>REQUEST TO SET DATE TO ANSWER COMPLAINT</u>

Dear Judge Engelmayer:

This office represents Defendants Titan Capital Grp., David A. Jaskolski and Exelsior Capital Services LLC in the above-referenced action. We write with the consent of Plaintiffs' counsel to respectfully request that the date for Defendants to answer or otherwise respond to the Complaint be set as November 30, 2026. The parties have entered in a stipulation regarding this date which includes Defendants' acceptance of service of the Summons and Complaint and waiver of service and personal jurisdiction defenses contingent on the agreed-upon answer date.

Your Honor's attention to this matter is greatly appreciated.

Respectfully,

<u>/s/Gabriel Mendelberg</u>
Gabriel Mendelberg, Esq.

34 Willis Ave, Suite 55
Mineola, New York 11501
Office: 516-450-0593
gmendelberg@murraylegalpllc.com
www.murraylegalpllc.com